UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANIEL CONCEICAO,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL WATER MAIN CLEANING CO.**, *et al.*,<br><br>Defendants. | Civ. No. 14-5146 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendant National Water Main Cleaning Company's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 26th day of June 2015, hereby,

**ORDERED** that Defendant's motion to dismiss is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**